IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* H REMIDEZ, LLC, Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:26CV60 (RCY) |
| SHAMIN HOTELS, INC., *et al.*, Defendants. | ) | |

**ORDER**

This matter is before the Court on the Joint Notice of Voluntary Dismissal (ECF No. 11), filed by the United States and the Relator, and the United States' supplemental Consent to Dismissal (ECF No. 13), each filed *ex parte* and under seal. Therein, Relator H Remidez, LLC, voluntarily dismisses the Complaint, without prejudice, and the United States provides written consent pursuant to 31 U.S.C. § 3730(b)(1). Having reviewed the filings and based on the consent of the United States, the Court hereby consents to and GRANTS the Joint Notice of Voluntary Dismissal (ECF No. 11). The Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.

Furthermore, the Clerk is DIRECTED to unseal the following filings: (1) the Complaint, ECF No. 1; (2) the Joint Notice of Voluntary Dismissal, ECF No. 11; and this Order. All other filings in this action SHALL remain sealed unless and until further order of the Court.

Let the Clerk provide a copy of this Order to counsel for the United States and counsel for the Relator.

This case is CLOSED.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 27, 2026
Richmond, Virginia